IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. ARNOLD, individually and on behalf of all similarly situated individuals,**<br><br>　　Plaintiff,<br><br>v.<br><br>**BAYVIEW LOAN SERVICING, LLP and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IIIa REMIC TRUST 2013-14NPL 1 BENEFICIAL INTEREST CERTIFICATES, SERIES 2013-14NPL 1,**<br><br>　　Defendants. | Case No. 1:14-cv-00543 |

## DEFENDANTS' MOTION TO SEAL

Defendants Bayview Loan Servicing, LLC ("Bayview") and U.S. Bank National Association, as trustee, in trust for the benefit of the holders of Bayview Opportunity Master Fund IIIa REMIC Trust 2013-14NPL 1 Beneficial Interest Certificates, Series 2013-14NPL 1 ("U.S. Bank") (collectively, "Defendants"), pursuant to General L. R. 5.2 and the Court's Stipulated Protective Order entered in this matter on March 13, 2015 (ECF No. 22), respectfully request that this Court allow it, for good cause shown, to seal the following documents, which contain confidential information:

- Unredacted Exhibit G to the Memorandum in Support of Motion for Summary Judgment (Bayview Loan Servicing Manual Code Procedure);

- Unredacted Exhibit J to the Memorandum in Support of Motion for Summary Judgment (Bayview Loan Servicing Asset Management Functions Procedure);

- Unredacted Exhibit K to the Memorandum in Support of Motion for Summary Judgment (Bayview Loan Servicing FDCPA Policy);

- Unredacted Exhibit L to the Memorandum in Support of Motion for Summary Judgment (Bayview Loan Servicing FDCPA Course).

The documents at issue contain confidential information regarding Defendant's Proprietary business practices, which Defendants produced in this litigation and designated as "CONFIDENTIAL" pursuant to this Court's Protective Order. This proprietary information must be sealed because Defendants' business operations would be irreparably harmed if the information in these documents became public. Therefore, the documents detailing Defendants' Proprietary business practices should be filed under seal, and should remain under seal throughout and after this litigation.

WHEREFORE, Defendants, by counsel, respectfully request that the Court grant its Motion to Seal.

October 15, 2015

Respectfully submitted,

**BAYVIEW LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF BAYVIEW OPPORTUNITY MASTER FUND IIIa REMIC TRUST 2013-14NPL 1 BENEFICIAL INTEREST CERTIFICATES, SERIES 2013-14NPL 1**

/s/     John C. Lynch
John C. Lynch, Esq. (*Admitted Pro Hac Vice*)
David M. Gettings, Esq. (*Admitted Pro Hac Vice*)
Jason E. Manning, Esq. (*Admitted Pro Hac Vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7747
Email: john.lynch@troutmansanders.com
Email: david.gettings@troutmansanders.com
Email: jason.manning@troutmansanders.com

                               Christopher A. Bottcher (ASB-2085-T68C)
                               McGlinchey Stafford
                               2100 South Bridge Parkway, Suite 650
                               Birmingham, AL 35209
                               Tel: 800-736-7656
                               Fax: 205-278-6904
                               Email: cbottcher@mcglinchey.com

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2015, I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Robert L. Arnold**
Earl P. Underwood , Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
251-990-5558
Fax: 251-990-0626
Email: epunderwood@gmail.com

Kenneth J. Riemer
P. O. Box 1206
Mobile, AL 36633
(251) 432-9212
Fax: (251) 990-0626
Email: kriemer01@gmail.com

/s/   John C. Lynch
John C. Lynch, Esq. (*Admitted Pro Hac Vice*)
David M. Gettings, Esq. (*Admitted Pro Hac Vice*)
Jason E. Manning, Esq. (*Admitted Pro Hac Vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7747
Email: john.lynch@troutmansanders.com
Email: david.gettings@troutmansanders.com
Email: jason.manning@troutmansanders.com

Christopher A. Bottcher (ASB-2085-T68C)
McGlinchey Stafford
2100 South Bridge Parkway, Suite 650
Birmingham, AL 35209
Tel: 800-736-7656
Fax: 205-278-6904
Email: cbottcher@mcglinchey.com

*Counsel for Defendants*