**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**Southern Division**

| | |
|---|---|
| **ROBERT L. ARNOLD, individually and on behalf of all similarly situated individuals,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:14-cv-543** |
| **BAYVIEW LOAN SERVICING, LLP,** *et al.* | |
| **Defendants.** | |

## <u>DECLARATION OF CLARK RUSHIA</u>

I, Clark Rushia, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my information and belief:

1.      My name is Clark Rushia.  I am a resident of the state of Florida.  I am above the age of eighteen and am competent to testify to all matters contained herein.

2.      I am employed by Bayview Loan Servicing, LLC ("Bayview") as Operations Manager.  I am authorized to make this declaration on behalf of Bayview and I am competent to make the statements herein, which are based on my personal knowledge and/or review of the business records of Bayview, which are created and maintained in the ordinary course of business.

EXHIBIT F

**Facts Specific to U.S. Bank National Association, as trustee, in trust for the benefit of the holders of Bayview Opportunity Master Fund IIIa REMIC Trust 2013-14NPL 1 Beneficial Interest Certificates, Series 2013-14NPL 1**

3.      Since July 25, 2013, Plaintiff's Loan has been owned by Bayview Opportunity Master Fund IIIa REMIC Trust 2013-14NPL 1 Beneficial Interest Certificates, Series 2013-14NPL 1 (the "Trust").

4.      Since July 25, 2013, U.S. Bank National Association ("U.S. Bank") has acted as trustee for the Trust.

5.      U.S. Bank does not engage in debt collection or servicing of any loans contained in the Trust.

6.      The Trust does not engage in debt collection or servicing of any loans contained in the Trust.

7.      Bayview has been the only servicer of Plaintiff's Loan since it was transferred to Bayview from the prior servicer on or around February 1, 2013.

**Bayview's Policies and Procedures Regarding Maintenance of Consolidated Notes Logs**

8.      In the regular course of Bayview's business, it is Bayview's standard policy and procedure to create and maintain notes on each loan account that Bayview services.

9.      These notes are recorded contemporaneously with the task that is being performed and are stored in a database titled "Consolidated Notes Log."

10.      The purpose of the Consolidated Notes Log is to capture and reflect accurately the actions taken by Nationstar in servicing each loan.

11.      A true and correct copy of the Consolidated Notes Log for Plaintiff's Loan is attached hereto as **Exhibit 1**.

EXHIBIT F

## Bayview's MSP Loan Servicing Software Platform

12.     Bayview uses the MSP loan servicing software platform ("MSP") in the servicing of its loans.

13.     MSP uses man codes to indicate that a specific department that is handling the borrower's loan.

14.     A man code of "A" indicates that a loan is being handled by the Asset Management department and allows the issuance of monthly statements.

15.     A man code of "F" indicates that a loan is being handled by the Foreclosure Department and suppresses the issuance of monthly statements.

16.     A man code of "R" indicates that a loan is being handled by the Real Estate Owned department and suppresses the issuance of monthly statements.

## Facts Specific to Plaintiff's Loan File and Man Code

17.     When Plaintiff Robert Arnold's ("Plaintiff") loan file was received from the prior servicer and boarded into MSP, the man code on Plaintiff's loan was coded as an "F," indicating that Plaintiff's loan was being handled by the Foreclosure Department and that monthly statements would be suppressed.

18.     The Consolidated Notes Log for Plaintiff's Loan reflects that a pre-foreclosure review of Plaintiff's loan file was conducted by former Bayview employee Farrah Peterson on November 6, 2013.  *See* Consolidated Notes Log at 5-6, Exh. 1.

19.     On November 6, 2013, during her pre-foreclosure review of Plaintiff's loan file, former Bayview employee Farrah Peterson inadvertently changed the man code on Plaintiff's loan file to an "A" in error, mistakenly indicating that Plaintiff's loan was being reassigned to the

3

Asset Management department and inadvertently causing monthly statements to be generated and issued to Plaintiff on December 2, 2013 and December 16, 2013.

20.     Plaintiff's loan file was the only file affected by Ms. Peterson's inadvertent November 6, 2013 change of the man code in Plaintiff's loan file.

I declare under the penalty of perjury that the foregoing declaration is true and accurate to the best of my information and belief.

Dated:  October ___15___, 2015                                _____
                                                                                      Clark Rushia

26185255

4

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD            L:R F:C B:  R:C          DUE 01/01/12  TYPE CONV. RES.  ARM
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
    PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                              PAGE NO:  1

SER 121714  ███████████████████████████████████████████████████

SER 062514 BM1 PROCTOR LENDER PLACED INSURANCE REFUND.              INSLPR
SER 061714 (S2 EMAILED CUST CORRSP <BR/>THE FOLLOWING PEOPLE HAVE
               BEEN SENT A SUPPORTING EMAIL: AND     <BR/>THIS EMA
               IL CONTAINS THE FOLLOWING USER COMMENTS:<BR/>REO C
               OMPLETED%@%SYS%@%0%@%2%@%
SER 061714 (S2 CUST CORRSP CLOSED<BR/>CORRESPONDENCE ID 1<BR/>, C
               USTOMER CORRESPONDENCE TASKS COMPLETED.<BR/>, CLOS
               ED BY: SACHIN YADAV<BR/>, PRIMARY ISSUE: FINAL REO
               PAYOFF<BR/>, REQUESTING DEPT: REO<BR/>, ASSIGNED
               TO: PAYOFF DEPARTMENT<BR/>REO COMPLETED%@%SYS%@%0%
               @%2%@%
SER 061714 I36 FINAL REO PAYOFF FIGURES                            POREOF
               $31,815.75 REG. INT. AS OF 06/17/2014
SER 061714 (S2 EMAILED CUST CORRSP <BR/>THE FOLLOWING PEOPLE HAVE
               BEEN SENT A SUPPORTING EMAIL: AND     <BR/>THIS EMA
               IL CONTAINS THE FOLLOWING USER COMMENTS:<BR/>REO C
               OMPLETED – PENDING FOR APPROVAL%@%SYS%@%0%@%2%@%
SER 061714 (S2 CUST CORRSP  COMMENT<BR/>CORRESPONDENCE ID 1<BR/>,
               BY KHUSHBOO SAINI<BR/>, PRIMARY ISSUE: FINAL REO
               PAYOFF<BR/>, ASSIGNED TO: VANESSA PENABAD<BR/>REO
               COMPLETED – PENDING FOR APPROVAL%@%SYS%@%0%@%2%@%
SER 061714 (S2 EMAILED CUST CORRSP <BR/>THE FOLLOWING PEOPLE HAVE
               BEEN SENT A SUPPORTING EMAIL: AND     <BR/>THIS EMA
               IL CONTAINS THE FOLLOWING USER COMMENTS:<BR/>WIRE
               AMOUNT $227,895.22 RECEIVED 6/17/2014%@%SYS%@%0%@%
               2%@%
SER 061714 (S2 INITIAL CUST CORRSP <BR/>CORRESPONDENCE ID 1<BR/>,
               BY KAPIL SHARMA<BR/>, PRIMARY ISSUE: FINAL REO PA
               YOFF<BR/>, ASSIGNED TO: VANESSA PENABAD<BR/>, COMM
               ENT: WIRE AMOUNT $227,895.22 RECEIVED 6/17/2014%@%
               SYS%@%0%@%2%@%
PMT 061714 MT4  WIRE IAO  227,895.22 – RCVD 6/16/14.   EMAIL SENT
               TO REO DEPT.
COL 042514 RES resnet comment :REO200 – $132
COL 042214 RES resnet comment :Ofr Response (ofr_no: 8 ctr_type:
               Countered) Emailed to: Mr. Darale Haney <dhcondos
               4u@hotmail.com>
COL 033114 RES resnet comment :Ofr Response (ofr_no: 6 ctr_type:
               Countered) Emailed to: Mr. Darale Haney <dhcondos
               4u@hotmail.com>
COL 033114 RES resnet comment :Ofr Response (ofr_no: 7 ctr_type:
               Rejected) Emailed to: Mr. Darale Haney <dhcondos4
               u@hotmail.com>
COL 032614 RES resnet comment :Ofr Response (ofr_no: 5 ctr_type:
               Countered) Emailed to: Mr. Darale Haney <dhcondos
               4u@hotmail.com>
COL 031814 RES resnet comment :Ofr Response (ofr_no: 3 ctr_type:
```

BV-ARNOLD000194
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468         CONSOLIDATED NOTES LOG         01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.    ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y       DATE SELECT: MMDDYY
                                                             PAGE NO:  2


COL 031814 RES  Rejected) Emailed to: Mr. Darale Haney <dhcondos4
                u@hotmail.com>
COL 031814 RES resnet comment :reduction requested iao $269,000.
COL 031814 RES resnet comment :Ofr Response (ofr_no: 4 ctr_type:
                Countered) Emailed to: Mr. Darale Haney <dhcondos
                4u@hotmail.com>
COL 031714 RES resnet comment :Ofr Response (ofr_no: 1 ctr_type:
                Highest) Emailed to: Mr. Darale Haney <dhcondos4u
                @hotmail.com>
COL 031714 RES resnet comment :Ofr Response (ofr_no: 2 ctr_type:
                Highest) Emailed to: Mr. Darale Haney <dhcondos4u
                @hotmail.com>
COL 020714 RES resnet comment :Business plan submitted for listi
                ng approval.
COL 020714 RES resnet comment :Selling as is. Please list. Cordi
                ally, Ritchy Elizer
COL 020614 RES resnet comment :AssetMgr Id reassigned from 22457
                to 13755
COL 020514 RES resnet comment :IMA dated 1/7/2014 and Full Inter
                ior Appraisal dated 1/7/2014 were reviewed. Source
                s referenced (e.g. real quest, public records, cap
COL 020514 RES ital markets, Wikipedia, etc). The subject propert
                y is a traditional style 3/2.1 SFR with 2,547 SqFt
                of GLA with a 2 car garage, built on 0.37 acres i
COL 020514 RES n 2001 and located in GULF SHORES, AL. The area is
                a suburban well established neighborhood with an
                average pride of ownership where the current marke
COL 020514 RES t is improving and the marketing time is 3 - 6 mon
                ths for most active listings. It is located within
                reasonable distant to schools, healthcare centers
COL 020514 RES , shopping, employment, access to major arteries o
                f transportation and recreation.Property values ar
                e stable and the average marketing time is 3 - 6 m
COL 020514 RES onths. ACQ (12/20/2012) was based on a BPO with an
                internal value of $250k that was considered to be
                within market range at the time of the report.The
COL 020514 RES subject is currently NOT listed for sale and is c
                onsidered to be in average condition with normal d
                eferred maintenance from wear and tear. The exteri
COL 020514 RES or of the property is considered to be in average
                condition. The interior of the property would bene
                fit from a fresh coat of paint, cleaning and misce
COL 020514 RES llaneous cosmetics. The most typical buyer will be
                an end user / owner occupant. IMA sales range $24
                5k to $276.5k with 1-56 DOM @ 0.2 to 2.0 miles awa
COL 020514 RES y / Listings range from $249k to $269.9k with 41-3
                16 DOM; proximity 0.5 to 1.5miles away. The IMA va
                lue is $246.9k. The appraisal sales range from $20
COL 020514 RES 8.6k to $214.2k with 87-287 DOM @ 0.21 to 1.22 mil
```

BV-ARNOLD000195
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12  TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                            PAGE NO:  3


COL 020514 RES es away / Listings range from $275k to $285k with
               155-300 DOM; proximity 0.22 to 0.62 miles away. Th
COL 020514 RES e appraised value is $211k and is considered to be
               at the lower end of the market due to distant and
               inferior sales. The estimate of value between the
COL 020514 RES IMA and the appraisal reports vary from one anoth
               er; both reports were analyzed for their physical
               observation of the property and perspective of the
COL 020514 RES market environment. However, the most weight is g
               iven to the IMA sale #3 ($258.3k) for its similari
               ties to the subject, close proximity and a recent
COL 020514 RES sale provided in the report; adjusted for superior
               GLA and conditions.Internal recommendation is to
               list the property as is.
COL 011314 RES resnet comment :Recorded FCD attached. :)
COL 011314 RES resnet comment :Title attached, FCL deed recorded
               , no other title
SER 010614 BM1 PROCTOR LENDER PLACED INSURANCE REFUND.            INSLPR
SER 010314 BM1 PROCTOR LENDER PLACED INSURANCE REFUND.            INSLPR
COL 010314 RES resnet comment :REC FCL DEED IN PPV
COL 010314 RES resnet comment :emailed---cholmes@sirote.com---fo
               r fcl deed status
COL 010214 RES resnet comment :BPO, Full REO App, and bids order
               ed.
COL 122313 RES resnet comment :AssetMgr Id reassigned from 13755
               to 22457
COL 122013 *** VACANT SECURED       CONDITION ON 121913    M&M
FOR 121813 DS7 STANLEY FOWLER - USER HAS COMPLETED THE  F3 DEED
               DATA FORM WITH THE FOLLOWING ENTRIES: COMMENTS:: :
               INSTRUMENT 1431904 DEED IN THE NAME OF:: : BAYVIEW
               LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY
               COMPANY RECORDING DATE:: : 12/05/2013 BOOK:: :
               1431904 PAGE:: : 1431904
COL 120913 rp7 INC SECONDARY SPOKE TO 2MD BRWR  OTHER REASONS
COL 120913 rp7 SHE SAID PROPERTY WAS DISCHARGED IN BK AND RECENTLY
               SOLD. ATTEMPTED WARM TRANS TO AM M VADIVIEZO BUT G
               OT NO ANSWER SO TRANS TO VM
COL 120913 rp7 INC SECONDARY SPOKE TO 2MD BRWR  OTHER REASONS
COL 120913 rp7 SERVICING TIME: 217 SEC PHONE: 2519438989 NOTE: CID
               2519438989. SPOKE TO SHERYL, DEMOS VERIFIED. CUST
               CALLED TO SPEAK TO SOMEONE ABOUT LOAN STAT. ...
COL 120913 rp7 INC SECONDARY SPOKE TO 2MD BRWR  OTHER REASONS
COL 120913 rp7 OUTCOME: SPOKE TO 2ND BRWR DEFAULT REASON: DEFAULT
               REASON AGENT: 14714 - ROMIRA PIERRE CONTACT TYPE: I
               NC SECONDARY DUE DATE: 2012-01-01T00:00:00 ...
COL 120513 hh2 INC 3RD PTY    APVD TAX DISB
COL 120513 hh2 THIS TIME.
COL 120513 hh2 INC 3RD PTY    APVD TAX DISB
COL 120513 hh2 ADV SINCE NOT AUTHORIZED UNABLE TO REALEASE INFO PL
```

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C          DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                                  PAGE NO:  4


COL 120513 hh2 S WATCH FOR A LISTING AGENT, OR BLSREO. COM FOR REO
               PROPERTY UNABLE TO PROVIDE PUBLIC INFO AT ...
COL 120513 hh2 INC 3RD PTY   APVD TAX DISB
COL 120513 hh2 SEC PHONE: 2519782822 NOTE: VER CUST, SPOKW WITH UN
               AUTHORIZED 3RD PARTY, GRANT BURNS 251 978 2822 WANT
               S TO BUY PROPERTY OR INTRESTED HE INVESTOR ...
COL 120513 hh2 INC 3RD PTY   APVD TAX DISB
COL 120513 hh2 OUTCOME: APVD TAX DISB DEFAULT REASON: AGENT: 14616
               - HEATHER HANCOCK CONTACT TYPE: INC 3RD PTY DUE DA
               TE: 2012-01-01T00:00:00 SERVICING TIME: 283 ...
FOR 112513 DS7 BRANDI REID - USER HAS COMPLETED THE
               F7 SALERESULTSAL DATA FORM WITH THE FOLLOWING
               ENTRIES: 3RD PARTY ADDRESS: :  3RD PARTY PHONE
               NUMBER: :  3RD PARTY BUSINESS NUMBER: :  SALE
               COMMENTS: : FORECLOSURE COMPLETED. WENT BACK TO
               LENDER. PROPERTY SOLD TO: : PROPERTY ACQUIRED SALE
               DATE: : 11/25/2013 SUCCESSFUL BID AMOUNT: :
               238800.00 SERVICERS MAX BID AMOUNT: : 238800.00
               TOTAL DEBT: : 281436.07 SHERIFFS APPRAISAL VALUE:
               :  IF REO, TITLE TAKEN IN THE NAME OF CLIENTS
FOR 112513 DS7 BRANDI REID - (CONT) - BENEFICIARY?: :  3RD PARTY
               NAME?: :
FOR 112213 DS7 106146 - HAMP REVIEW RECEIVED - 11/22/2013 12:00:0
               0 AM
LMT 112213 FP3 QC REVIEW-3BUS DAY PRIOR TO FCL SALE REVIEW NEEDED QC3FCL
SER 112213 (S2 INTERNAL FCL REVIEW 3 DAYS<BR/>HAMP CERT UPLOADED
               AND SPOC CHECKED OFF%0%FARRAHPETERSON%0%0%0%5%0%
FOR 112213 DS7 353806 - HAMP REVIEW COMPLETE - 11/22/2013 12:00:0
               0 AM
FOR 112213 DS7 FRANK TURNER - USER HAS COMPLETED THE
               HAMP CERTFORM DATA FORM WITH THE FOLLOWING
               ENTRIES: HAMP CERTFORM UPLOAD: : HAMP
               CERTIFICATION LETTER
FOR 112213 DS7 FRANK TURNER - USER HAS COMPLETED THE
               HAMP CERTINFO DATA FORM WITH THE FOLLOWING
               ENTRIES: BORROWER ELIGIBLE FOR HAMP MODIFICATION:
               : YES HAMP SOLICITATION SENT TO BORROWER: : NO
               HAMP SOLICITATION SENT TO BORROWER/NO RESPONSE
               RECVD: : NO HAMP CONTACT MADE/BORROWER FAILED TO
               RESPOND: : YES HAMP TRIAL OFFERED - FAILED/NO
               PYMTS MADE: : NO BORROWER ADVISED NOT INTERESTED:
               : YES COMMENTS: : BORROWER STATED THAT HE/SHE WAS
               NOT INTERESTED IN PURSUING HAMP AND SUCH
FOR 112213 DS7 FRANK TURNER - (CONT) - STATEMENTIS REFLECTED IN
               THE SERVICING SYSTEM AND/OR IN THEMORTGAGE FILE.
FOR 112213 DS7 FRANK TURNER - USER HAS COMPLETED THE  REVIEW OF
               SCRA ELIGIBILITY DATA FORM WITH THE FOLLOWING
               ENTRIES: DOES BORROWER(S) QUALIFY UNDER SCRA
               GUIDELINES?: : NO IS OR WAS BORROWER(S) ACTIVE
```

BV-ARNOLD000197
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468         CONSOLIDATED NOTES LOG        01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C         DUE 01/01/12  TYPE CONV. RES.   ARM
   ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
   PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: MMDDYY
                                                             PAGE NO:  5
```

```
FOR 112213 DS7 DUTY?: : NO ACTIVE DUTY DATE: :  HAS BORROWER(S)
                   BEEN DISCHARGED?: : NOT APPLICABLE DISCHARGE DATE:
                   :  UPLOAD SCRA CERTIFICATION DOCUMENTATION: : SCRA
                   CERTIFICATION
FOR 112113 DS7 BRANDI REID - INTERCOM MESSAGE: / READ: 11/21/2013
                   12:33:51 PM / FROM: TURNER, FRANK / TO: REID,
                   BRANDI;  / CC:  / INTERCOM TYPE: GENERAL UPDATE /
                   SUBJECT: ISSUE REQUEST /
FOR 112013 DS7 FRANK TURNER - SYSTEM UPDATED FOR THE FOLLOWING
                   EVENT: USER HAS ENDED THE ISSUE ASSOCIATED WITH
                   THIS LOAN. ISSUE TYPE: MISSING BID. COMMENTS:
                   DONE.
FOR 112013 DS7 FRANK TURNER - SYSTEM UPDATED FOR THE FOLLOWING
                   EVENT: USER HAS APPROVED THE ISSUE. ISSUE TYPE:
                   MISSING BID. STATUS: ACTIVE, APPROVED.
FOR 112013 DS7 353806 - BIDDING INSTRUCTIONS TO ATTORNEY - 11/20/
                   2013 12:00:00 AM
FOR 112013 DS7 FRANK TURNER - USER HAS COMPLETED THE  BID
                   INSTRUCTIONS DATA FORM WITH THE FOLLOWING ENTRIES:
                   SERVICERS MAX BID AMOUNT: : 238800.0
FOR 112013 DS7 BRANDI REID - SYSTEM UPDATED FOR THE FOLLOWING
                   EVENT: USER HAS CREATED A PROCESS-LEVEL ISSUE FOR
                   THIS LOAN.ISSUE TYPE: MISSING BID. ISSUE COMMENTS:
                   PLEASE PROVIDE BID INSTRUCTIONS FOR THE 11/25/13
                   SALE.  THANK YOU  STATUS: ACTIVE
SER 111913 (S2 TO THE BEST OF MY  KNOWLEDGE, ALL AVAILABLE LOSS M
                   ITIGATION ALTERNATIVES HAVE BEEN EXHAUSTED AND A N
                   ON-FORECLOSURE OUTCOME COULD NOT BE REACHED.<BR/>T
                   O THE BEST OF MY  KNOWLEDGE, ALL AVAILABLE LOSS MI
                   TIGATION ALTERNATIVES HAVE BEEN EXHAUSTED AND A NO
                   N-FORECLOSURE OUTCOME COULD NOT BE REACHED.%@%JUAN
                   DELAFUENTE%@%0%@%5%@%
COL 111913 ***  VACANT SECURED        CONDITION ON 111813    M&M
LMT 111813 FP3 QC REVIEW-PENDING FULLY EXECUTED HAMP CERT        QCCERT
LMT 111813 FP3 QC REVIEW-PENDING SPOC AFFIRMATION               QCSPOC
LMT 111813 FP3 QC REVIEW-7BUS DAY PRIOR TO FCL SALE REVIEW NEEDED QC7FCL
SER 111813 (S2 INTERNAL FCL REVIEW 7 DAYS<BR/>HAMP CERT IS UPLOAD
                   ED STILL NEED SPOC.%@%FARRAHPETERSON%@%0%@%5%@%
FOR 111213 ND2 PROC ID CHANGE: C01 - LC3 TO SR7
SER 110613 (S2 INTERNAL FCL REVIEW-INITIAL<BR/>QC REVIEW COMPLETE
                   D AND LOAN CAN GO TO SALE 11/25/13. BORROWER HAS N
                   O INTEREST IN KEEPING HOME.<BR/><BR/>CONTACT HAS B
                   EEN MADE ON 6/21/13 <BR/><BR/>ALONG WITH ATTEMPTED
                    CALLS 10/28/13,10/14/13,10/2/13,9/17/13. <BR/><BR
                   />LOAN IS TIER 2 ELIGIBLE. DUE FOR 1/1/12 WITH A U
                   PB OF $244,038.97. <BR/><BR/>PROPERTY IS VACANT PE
                   R THE INSP REPORT.<BR/><BR/>%@%FARRAHPETERSON%@%0%
                   @%5%@%
SER 110613 (S2 FCL SUMMARY<BR/>WILL EMAIL AM AND CC?D AM MANAGER
```

BV-ARNOLD000198
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG            01/08/15 16:47:08
RL ARNOLD           L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                              PAGE NO:  6


SER 110613 (S2 TO UPLOAD HAMP CERT, CHECK OFF SPOC AFFIRMATION IN
               RAMM 7 DAYS FROM FCL SALE.%@%FARRAHPETERSON%@%0%@
               %5%@%
HAZ 110613 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179  !$271.83
               EFF-DATE:
               EXP-DATE:01-NOV-2013
               CAN-DATE:
               REASON:
               PREMIUM: 268.10
               COVERAGE: 244,039
HAZ 110513 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179  !$271.83
               EFF-DATE:
               EXP-DATE:01-NOV-2013
               CAN-DATE:
               REASON:
               PREMIUM: 268.10
               COVERAGE: 244,039
SER 102813 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>NO CALLS REQUESTED
               BY BORROWER.%@%JUANDELAFUENTE%@%3%@%5%@%
COL 102113 *** VACANT SECURED        CONDITION ON 101813    M&M
SER 101413 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>BORROWER REQUESTED
               NO MORE CALLS.%@%JUANDELAFUENTE%@%3%@%5%@%
FOR 100813 DS7
```

███████████████████████████████████████████

```
HAZ 100713 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-OCT-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
FOR 100413 DS7
```

███████████████████████████████████████████

BV-ARNOLD000199
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG           01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y           DATE SELECT: MMDDYY
                                                             PAGE NO:  7
```



BV-ARNOLD000200
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: MMDDYY
                                                             PAGE NO:  8
```



```
FOR 100413 DS7

FOR 100413 DS7




FOR 100413 DS7
FOR 100413 DS7

FOR 100413 DS7


FOR 100313 DS7


FOR 100313 DS7




FOR 100313 DS7
```

BV-ARNOLD000201
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD         L:R F:C B:  R:C         DUE 01/01/12   TYPE CONV. RES.   ARM
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
       PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                              PAGE NO:  9
```



BV-ARNOLD000202
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG          01/08/15 16:47:08
RL ARNOLD           L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                            PAGE NO: 10

      FOR 100313 DS7
      FOR 100313 DS7



      SER 100213 (S2

      FOR 100113 DS7



      SER 100113 (S2 SECTION 404 LETTER SENT<BR/><BR/>SECTION 404 LETTE
                     R SENT 09/27/2013<BR/>%@%SYSTEM%@%0%@%5%@%
      COL 093013 *** VACANT SECURED        CONDITION ON 092813   M&M
      FOR 092713 DS7






      FOR 092713 DS7






      FOR 092713 DS7
```

```
NOTS  0000630468           CONSOLIDATED NOTES LOG         01/08/15 16:47:09
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
        PIF Y PMT Y REO Y SER Y TAX Y TSK Y       DATE SELECT: MMDDYY
                                                              PAGE NO: 11
```

FOR 092713 DS7

FOR 092713 DS7

FOR 092713 DS7

FOR 092713 DS7

FOR 092613 DS7

FOR 092613 DS7

FOR 092613 DS7

BV-ARNOLD000204
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG           01/08/15 16:47:09
RL ARNOLD           L:R F:C B:  R:C         DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: MMDDYY
                                                            PAGE NO: 12

FOR 092613 DS7 ███████████████████████████████████████████████████████




FOR 092613 DS7 ███████████████████████████████████████████████████████




FOR 092613 DS7 ███████████████████████████████████████████████████████




FOR 092613 DS7 ███████████████████████████████████████████████████████
SER 091713 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>CUSTOMER REQUESTED
               NO MORE CALLS.%@%JUANDELAFUENTE%@%3%@%5%@%
HAZ 091313 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-OCT-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
HAZ 091213 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-OCT-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
```

BV-ARNOLD000205
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:09
RL ARNOLD          L:R F:C B:   R:C       DUE 01/01/12   TYPE CONV. RES.   ARM
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
       PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                            PAGE NO: 13


HAZ 091213 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-OCT-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
SER 090413 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>CUSTOMER REQUESTED
               NO MORE CALLS.%@%JUANDELAFUENTE%@%3%@%5%@%
HAZ 090413 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-OCT-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
HAZ 090213 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-SEP-2013
               CAN-DATE:
               REASON:
               PREMIUM: 268.10
               COVERAGE: 244,039
HAZ 083013 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-SEP-2013
               CAN-DATE:
               REASON:
               PREMIUM: 268.10
               COVERAGE: 244,039
HAZ 082913 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-SEP-2013
               CAN-DATE:
```

BV-ARNOLD000206
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468            CONSOLIDATED NOTES LOG            01/08/15 16:47:09
RL ARNOLD          L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                           PAGE NO: 14

     HAZ 082913 S52 REASON:
                    PREMIUM: 268.10
                    COVERAGE: 244,039
FOR 082813 DS7
```



```
FOR 082813 DS7



FOR 082813 DS7



FOR 082813 DS7



FOR 082813 DS7



FOR 082813 DS7
```

BV-ARNOLD000207
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468              CONSOLIDATED NOTES LOG          01/08/15 16:47:09
RL ARNOLD           L:R F:C B:   R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                                  PAGE NO: 15
```



```
FOR 082813 DS7

FOR 082813 DS7

FOR 082813 DS7

FOR 082813 DS7

FOR 082813 DS7

FOR 082813 DS7
```

BV-ARNOLD000208
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG              01/08/15 16:47:09
RL ARNOLD           L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
       PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                                  PAGE NO: 16

    FOR 082813 DS7  ███████████████████████████████████████████████
                    ███████████████████████████████████████████████

    COL 082613 ***  VACANT SECURED         CONDITION ON 082313    M&M
    SER 082313 (S2  ATTEMPTED CNTCT - UNSUCCESS<BR/>CUSTOMER REQUESTED
                    NO MORE CALLS.%@%JUANDELAFUENTE%@%3%@%5@%
    FOR 082113 DS7  LOLY CAMBO - EMAILED BREACH TEAM REQUESTING A NEW
                    BEACH LETTER
    HAZ 081613 S52  INS CO: CITI LENDER PLACED HAZ INS
                    IN CO PY: 7V872
                    AGNT PAY: 6MAIN
                    POLICY: ALR06075577058
                    EFF-DATE:
                    EXP-DATE:01-FEB-2013
                    CAN-DATE:
                    REASON:
                    PREMIUM: 6670.00
                    COVERAGE: 335,000
    HAZ 081613 S52  INS CO: CITI LENDER PLACED HAZ INS
                    IN CO PY: 7V872
                    AGNT PAY: 6MAIN
                    POLICY: ALR06075577058
                    EFF-DATE:
                    EXP-DATE:01-FEB-2013
                    CAN-DATE:
                    REASON:
                    PREMIUM: 6670.00
                    COVERAGE: 335,000
    FOR 081413 DS7  HOLLY MILLER - INTERCOM MESSAGE: / READ: 8/14/2013
                    1:17:25 PM / FROM: ROJAS, GENNY / TO: MILLER,
                    HOLLY;  / CC:  / INTERCOM TYPE: GENERAL UPDATE /
                    SUBJECT: INTERNAL PAYOFF LETTER  /
    FOR 081413 DS7  ████████████████████████████████████████████████

    FOR 081413 DS7  ████████████████████████████████████████████████




    FOR 081413 DS7  ████████████████████████████████████████████████
```

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:09
RL ARNOLD          L:R F:C B:  R:C       DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                            PAGE NO: 17
```



```
NOTS  0000630468           CONSOLIDATED NOTES LOG           01/08/15 16:47:09
RL ARNOLD           L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                              PAGE NO: 18
FOR 081313 DS7


FOR 081313 DS7




FOR 081313 DS7


FOR 081313 DS7


FOR 081313 DS7



HAZ 081313 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-SEP-2013
               CAN-DATE:
               REASON:
               PREMIUM: 271.83
               COVERAGE: 244,039
FOR 081313 DS7 ERICA SUMNER - PLEASE BE ADVISED THE PAYOFF QUOTE
               REQUESTED IS FOR INTERNAL USE ONLY.  NO PAYOFF
               LETTER IS BEING SENT TO THE BORROWER.  THANK YOU
FOR 081313 DS7
```

BV-ARNOLD000211
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468         CONSOLIDATED NOTES LOG         01/08/15 16:47:09
RL ARNOLD         L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                       PAGE NO: 19
FOR 081313 DS7

FOR 081313 DS7




FOR 081313 DS7




FOR 081313 DS7




SER 081313 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>CUSTOMER HAS REQUE
               STED NO MORE CALLS.%@%JUANDELAFUENTE%@%3%@%5%@%
FOR 081313 DS7

FOR 081313 DS7 GENNY ROJAS - REQUESTED INTERNAL PAYOFF LETTER
               GOOD THROUGH DATE 9/10/2013
FOR 081313 DS7 GENNY ROJAS - INTERCOM  FROM: GENNY ROJAS  -  TO:
               MILLER,HOLLY;   /  MESSAGE: SPECIAL INSTRUCTIONS:
               AUTOMATIC PAYOFF SCREENS PAY3 AND PAY4 GT 9/10/13
               WILL BE AUTOMATICALLY UPLOADED AGAIN PLEASE
               IGNORE. INTERNAL PAYOFF LETTER WILL BE MANUALLY
               UPLOADED WITHIN 3 BUSINESS DAYS
FOR 081313 DS7 GENNY ROJAS - USER HAS COMPLETED THE  F102 PAYOFF
               DATA FORM WITH THE FOLLOWING ENTRIES: SPECIAL
               INSTRUCTIONS: :  GOOD THROUGH DATE: : 09/10/2013
FOR 081313 DS7
```

BV-ARNOLD000212
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468            CONSOLIDATED NOTES LOG          01/08/15 16:47:09
RL ARNOLD          L:R F:C B:  R:C      DUE 01/01/12   TYPE CONV. RES.   ARM
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                           PAGE NO: 20
```

FOR 081313 DS7

FOR 081313 DS7

FOR 081313 DS7

FOR 081313 DS7
FOR 081313 DS7

```
FOR 081213 DS7 HOLLY MILLER - USER HAS COMPLETED THE
               QUOTEREQUESTED DATA FORM WITH THE FOLLOWING
               ENTRIES: GOOD THROUGH DATE: : 9/10/2013 INTERNAL
               OR EXTERNAL USE?: : INTERNAL OUTSTANDING ATTORNEY
               FEES AND COSTS: : 0
```

FOR 081213 DS7

FOR 081213 DS7

BV-ARNOLD000213
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:10
RL ARNOLD          L:R F:C B:   R:C          DUE 01/01/12   TYPE CONV. RES.   ARM
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
       PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                                 PAGE NO: 21

FOR 081213 DS7  ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
FOR 081213 DS7  ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████
                ████████████████████████████████████████████████████

HAZ 080913 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-AUG-2013
               CAN-DATE:
               REASON:
               PREMIUM: 1890.14
               COVERAGE: 244,039
HAZ 080213 S52 INS CO: PROCTOR FINANCIAL PO BOX 5933
               IN CO PY: 61FOH
               AGNT PAY: 61FOH
               POLICY: PFI5054179
               EFF-DATE:
               EXP-DATE:01-AUG-2013
               CAN-DATE:
               REASON:
               PREMIUM: 1890.14
               COVERAGE: 244,039
SER 080213 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>NO CALL NECESSARY;
               BORROWER REQUESTED NO MORE CALLS; WAS ADVISED BY
               HER ATTORNEY NOT TO SIGN ANYTHING.%@%JUANDELAFUENT
               E%@%3%@%5%@%
COL 072313 *** VACANT UNSECURED      CONDITION ON 072213   M&M
SER 071913 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>BORROWER REQUESTED
               NOT TO BE CONTACTED AGAIN ON PRIOR CALL.%@%JUANDE
               LAFUENTE%@%3%@%5%@%
HAZ 071813 S52 Ins Co: PROCTOR FINANCIAL PO BOX 5933
               In Co Py: 61FOH
               Agnt Pay: 61FOH
               Policy: PFI5054179
```

BV-ARNOLD000214
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468          CONSOLIDATED NOTES LOG          01/08/15 16:47:10
RL ARNOLD          L:R F:C B:  R:C          DUE 01/01/12  TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                            PAGE NO: 22


HAZ 071813 S52 Eff-Date:
               Exp-Date:01-FEB-2013
               Can-Date:
               Reason:
               Premium: 0.00
               Coverage: 244,039
SER 070513 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>NO CALL NECESSARY;
                BORROWER REQUESTED NOT TO BE CALLED.%@%JUANDELAFU
                ENTE%@%3%@%5%@%
SER 070513 (S2 DO NOT CALL<BR/>NO CALL NECESSARY; BORROWER HAD RE
                QUESTED NOT TO BE CALLED EVER AGAIN. HER ATTORNEY
                HAD ADVISED HER NOT TO SIGN ANYTHING.%@%JUANDELAFU
                ENTE%@%7%@%5%@%
FOR 062713 DS7 ERICA SUMNER - PLEASE BE ADVISED THE PAYOFF QUOTE
                REQUESTED IS FOR INTERNAL USE ONLY.  NO PAYOFF
                LETTER WAS MAILED TO THE BORROWER.  THANK YOU
SER 062613 EM1 RESIDENTIAL PAYOFF FIGURES                        PORESI
                QUOTED TO SUSANA CUEVAS
                NO PPC
                INTERNAL USE
                LEGAL FEES/COSTS TO BE ADDED
                $276,509.2 3AS OF 07/26/13
FOR 062613 DS7 SUSANA CUEVAS - PAYOFF QUOTE SHOULD BE AVAILABLE
                BY 6/29/2013.
FOR 062613 DS7 SUSANA CUEVAS - INTERNAL PAYOFF - TOTAL DEBT PAY
                OFF GT 7/26/2013.
FOR 062613 DS7 SUSANA CUEVAS - USER HAS COMPLETED THE
                F102 PAYOFF DATA FORM WITH THE FOLLOWING ENTRIES:
                SPECIAL INSTRUCTIONS: :  GOOD THROUGH DATE: :
                07/26/2013
FOR 062613 DS7 CARLY HOLLIS - USER HAS COMPLETED THE
                QUOTEREQUESTED DATA FORM WITH THE FOLLOWING
                ENTRIES: GOOD THROUGH DATE: : 07/26/2013 INTERNAL
                OR EXTERNAL USE?: : INTERNAL OUTSTANDING ATTORNEY
                FEES AND COSTS: :
SER 062213 (S2 PRESERVATION PER MATRIX<BR/>WORK ORDER #866918427
                SUBMITTED. <BR/><BR/><BR/>CONFIRMATION NUMBER
                866918427 <BR/><BR/>ORDERED BY CELVIN BARAHONA <B
                R/><BR/>ORDERED ON 6/22/2013 <BR/><BR/>DUE DATE 6/
                26/2013 RUSH <BR/><BR/>LOAN NUMBER 0000630468 <BR/
                ><BR/>MORTGAGOR ROBERT L ARNOLD <BR/><BR/>ADDRESS
                3714 PINEVIEW PL <BR/><BR/>CITY GULF SHORES <BR/><
                BR/>STATE AL <BR/><BR/>ZIP 365420000  <BR/><BR/>FO
                RECLOSURE  N/A  <BR/><BR/>COMMENT PLEASE SECURE AN
                D%@%CELVINBARAHONA%@%0%@%5%@%$CONTINUED$
SER 062213 (S2 $CONTINUED$  WINTERIZE PROPERTY. PER JUAN FUENTE <
                BR/><BR/>LOAN TYPE 2 <BR/><BR/> <BR/><BR/><BR
                /><BR/><BR/>BEFORE & AFTER PHOTOS <BR/><BR/>PHOTOS
                TO SUPPORT ESTIMATE <BR/><BR/>NEED BID FOR REPAIR
```

```
NOTS  0000630468          CONSOLIDATED NOTES LOG           01/08/15 16:47:10
RL ARNOLD            L:R F:C B:  R:C      DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                              PAGE NO: 24
```

HAZ 052313 S52 Policy: ALR06075577058
                Eff-Date:
                Exp-Date:01-FEB-2013
                Can-Date:
                Reason:
                Premium: 6670.00
                Coverage: 335,000
COL 052313 ***  ORIGINAL OWNER        CONDITION ON 052113    M&M
SER 051413 (S2 CONTACT MADE WITH CUSTOMER<BR/>BILL CALLOWAY IS TH
                E ATTORNEY WHO WILL REVIEW THE DOCS AND SHE WILL S
                END BACK TOMORROW BUT BEFORE FRIDAY FOR SURE.%@%JU
                ANDELAFUENTE%@%3%@%5%@%
SER 051413 A03 CSTMR 2 VRF SSN/MAILING/ CHANGE 251 968 5126 CHANG
                E TO 251 943 8989 CSTMR STTD THAT SHE RCVD A CALL
                FROM JUAN DELAFUENTE 855 264 6288 WNTD TO SPK WTH
                EITHER ONE TRNSFRD TO JUAN SINCE SHE JUST SPK WTH
                HIM
COL 051413 A03 INC SECONDARY SPOKE W/BORROWER
SER 051413 (S2 ATTEMPTED CNTCT – UNSUCCESS<BR/>ATTEMPTED 251.943.
                8989, LVM; NEED THE RMA TO SUBMIT HAFA WORKOUT.%@%
                JUANDELAFUENTE%@%3%@%5%@%
SER 051013 (S2 AM DIL CHECKLIST IN PPV<BR/>AM DIL CHECKLIST IN PP
                V%@%JUANDELAFUENTE%@%3%@%5%@%
ARM 050913 SV2 INTEREST ONLY CONVERTS TO ARREARS              NLIOCA
                11/01/15
ARM 050913 SV2 REVIEWED PREVIOUS SERVICER REPORT              REVPSR
                FIRST RATE CHANGE 10/01/2015
ARM 050913 SV2 ARM AUDIT COMPLETED                            ARMAUD
SER 050813 (S2 TITLE ORDERED<BR/>TITLE REQUEST SENT TO TIMIOS%@%S
                ANDRAMARTINEZ%@%0%@%5%@%
SER 050613 (S2 CONTACT MADE WITH CUSTOMER<BR/>RETURNING CUSTOMER'
                S VOICE MAIL. SHE WOULD LIKE TO PURSUE A DIL. I AD
                VISED THAT I WOULD HAVE SOMEONE SCHEDULE AN APPOIN
                TMENT WITH HER TO TAKE PICTURES. HER CELL PHONE NU
                MBER IS 251.943.8989. HER HUSBAND'S CELL PHONE IS
                251.609.3478. OK TO SCHEDULE APPT FOR TUE, WED OR
                THURSDAY OF NEXT WEEK. THERE MAY BE SOME HOA DUES
                PENDING.%@%JUANDELAFUENTE%@%3%@%5%@%
FOR 042613 DS7 ROSE DAUGINTIS – USER HAS COMPLETED THE
                REDEMAND NEEDED DATA FORM WITH THE FOLLOWING
                ENTRIES: WAS COPY OF DEMAND PROVIDED?: : DEMAND
                UPLOADED COMMENTS:: :
SER 042613 (S2 CONTACT MADE WITH OTHER<BR/>MS ARNOLD VOICE MESSAG
                E RQEUESTEING CALL BACK. HER HOME PHONE NUMBER IS
                251.943.8989.%@%JUANDELAFUENTE%@%3%@%5%@%
COL 042613 (S2 TIME: 133 SEC PHONE: 2519438989 NOTE: MS CUST CALLE
                D IN WANTING TO TALK TO JUAN AM V/M ID# 251-943-898
                9
COL 042613 (S2 OUTCOME: I/C FROM CUSTOMER DEFAULT REASON: OTHER/NO

```
NOTS  0000630468        CONSOLIDATED NOTES LOG              01/08/15 16:47:10
RL ARNOLD           L:R F:C B:  R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y           DATE SELECT: MMDDYY
                                                              PAGE NO: 23


SER 062213 (S2 ING DAMAGES<BR/><BR/>INITIAL SECURING%@%CELVINBARA
               HONA%@%0%@%5%@%
SER 062113 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>ATTEMPTED 251.968.
               4074, LVM FOR ATTORNEY; MS ARNOLD DIRECTED ME TO S
               PEAK TO HER ATTORNEY.%@%JUANDELAFUENTE%@%3%@%5%@%
SER 062113 (S2 UPDATED BORROWER INFORMATION<BR/>UPDATED WORK PHON
               E# FROM '(251) 609-3478' TO ''. <BR/>%@%JUANDELAFU
               ENTE%@%0%@%5%@%
SER 062113 (S2 CONTACT MADE WITH CUSTOMER<BR/>ATTEMPTED 251.943.8
               989, SPOKE TO CHERYL. SHE WAS ADVISED BY HER ATTOR
               NEY NOT TO TAKE MY CALLS AND NOT TO SIGN ANYTHING
               BECAUSE ACCORDING TO THE STATE OF ALABAMA, SHE IS
               NO LONGER ON TITLE, IT WAS DEEDED BACK TO CITIMORT
               GAGE. I ADVISED HER THIS WAS NOT THE CASE AND I WA
               S COMPLYING WITH FEDERAL REGULATIONS INFORMING HER
                ABOUT HER OPTIONS AS FAR AS THE PROPERTY IS CONCE
               RNED. SHE ASKED ME TO CALL HER ATTORNEY HAROLD CAL
               LOWAY.%@%JUANDELAFUENTE%@%3%@%5%@%$CONTINUED$
SER 062113 (S2 $CONTINUED$  SHE ALSO ASKED ME NOT TO CONTACT HER
               AGAIN.%@%JUANDELAFUENTE%@%3%@%5%@%
COL 061913 ***   VACANT UNSECURED        CONDITION ON 061813   M&M
SER 061013 (S2 CONTACT MADE WITH OTHER<BR/>ATTEMPTED HAROLD CALLO
               WAY, 251.968.4074, LVM TO RETURN MY CALL TODAY.%@%
               JUANDELAFUENTE%@%3%@%5%@%
SER 061013 (S2 CONTACT MADE WITH CUSTOMER<BR/>MR ARNOLD ADVISED T
               HAT HAROLD CALLOWAY, 251.968.4074. HIS ATTORNEY HA
               D RECOMMENDED THAT THE FORECLOSURE PROCESS SHOULD
               CONTINUE. THE BORROWER GAVE ME EXPRESS PERMISSION
               TO SPEAK WITH THE ATTORNEY REGARDING THE DEED IN L
               IEU.%@%JUANDELAFUENTE%@%3%@%5%@%
SER 061013 (S2 UPDATED BORROWER INFORMATION<BR/>UPDATED WORK PHON
               E# FROM '(111) 111-1111' TO '2516093478'. <BR/>%@%
               JUANDELAFUENTE%@%0%@%5%@%
SER 060313 IP2 LOAN IN ACTIVE FORECLOSURE                  PFFCAC
FOR 052813 DS7 ELIZABETH PALACINO - INTERCOM MESSAGE: / READ:
               5/28/2013 2:13:06 PM / FROM: MARQUEZ, LISETTE /
               TO: PALACINO, ELIZABETH; / CC: / INTERCOM TYPE:
               GENERAL UPDATE / SUBJECT: HOLD REQUEST /
FOR 052813 DS7 LISETTE MARQUEZ - INTERCOM  FROM: LISETTE MARQUEZ,
               BAYVIEW  - TO: ELIZABETH PALACINO (BAYVIEW) /
               SUBJECT: HOLD REQUEST  / MESSAGE: SYSTEM UPDATED
               FOR THE FOLLOWING EVENT: USER HAS ENDED THE HOLD.
               HOLD END DATE: 05/28/2013. HOLD TYPE: BANKRUPTCY
               FILEDSYSTEM UPDATED FOR THE FOLLOWING EVENT: USER
               HAS ENDED THE HOLD. HOLD END DATE: 05/28/2013.
               HOLD TYPE: BANKRUPTCY FILED
HAZ 052313 S52 Ins Co: CITI LENDER PLACED HAZ INS
               In Co Py: 7V872
               Agnt Pay: 6MAIN
```

```
NOTS  0000630468           CONSOLIDATED NOTES LOG           01/08/15 16:47:10
RL ARNOLD           L:R F:C B:   R:C        DUE 01/01/12   TYPE CONV. RES.   ARM
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
    PIF Y PMT Y REO Y SER Y TAX Y TSK Y          DATE SELECT: MMDDYY
                                                           PAGE NO: 25


COL 042613 (S2  APPLICABLE CODES AGENT: 14759 - ELSA ORTEGA-BRODHE
                AD DUE DATE: 2012-01-01T00:00:00 SERVICING ...
COL 042613 (S2  SAID NO WANTED YOU PLEASE CALL MS CUSTOMER AT 251-9
                43-8989
COL 042613 (S2  AGENT: 14759 - ELSA ORTEGA-BRODHEAD NOTE: LOAN 0000
                630468 MSP HI JUAN , CUSTOMER CALLED IN WANTED TO T
                ALK TO YOU ADVISE IF WANTED TO TALK TO AM BUT ...
FOR 041513 DS7  SUSANA CUEVAS - USER HAS COMPLETED THE
                NOTE COPY REQUISITE DATA FORM WITH THE FOLLOWING
                ENTRIES: WAS COPY OF NOTE PROVIDED?: : NOTE
                UPLOADED COMMENTS:: :
COL 041513 ***  ORIGINAL OWNER          CONDITION ON 041213    M&M
SER 032713 (S2  CONTACT MADE WITH CUSTOMER CUSTOMER IS CLAIMING TH
                AT WE'RE HARASSING HER FOR DEBTS THAT HAVE BEEN DI
                SCHARGED BY BANKRUPTCY. I ADVISED HER THAT WE'RE N
                OT DEMANDING PAYMENT OF DISCHARGED DEBT BUT WE'RE
                COMPLYING WITH FEDERAL REGULATIONS REGARDING HER O
                PTIONS ON SUBJECT PROPERTY INCLUDING DIL OPTION. O
                UR CONTACT ATTEMPTS ARE FOR INFORMATIONAL PURPOSES
                ONLY AND ARE NOT AN ATTEMPT TO COLLECT A DEBT. SH
                E ADVISED THAT THE PRIOR ATTORNEY I SPOKE TO REGAR
                DING%@%JUANDELAFUENTE%@%3%@%5%@%$CONTINUED$
SER 032713 (S2  $CONTINUED$  HER PROPERTY WAS THE BANKRUPTCY ATTOR
                NEY AND THE PERSON I SHOULD SPEAK TO IS HAROLD D C
                ALLOWAY, 251.609.3303, HDCWAY@GMAIL.COM; I ADVISED
                HER SHE SHOULD SEND A 3RD PARTY AUTHORIZATION REQ
                UEST. SHE WILL DO SO TOMORROW.%@%JUANDELAFUENTE%@%
                3%@%5%@%
COL 032713 (S2  OUTCOME: I/C FROM CUSTOMER DEFAULT REASON: OTHER/NO
                APPLICABLE CODES AGENT: 14522 - JOHANA DIAZ DUE DA
                TE: 2012-01-01T00:00:00 SERVICING TIME: 236 ...
COL 032713 (S2  TO CONTACT AM BUT GOT VM,WARM TRASF CALL TO SPOC LI
                STED JUAN DE LA FUENTE FOR FURTHER ASSISTANCE
COL 032713 (S2  IS MANUEL VALVIEZO,ADV SHE WOULD NEED TO SPK TO HIM
                REG ACCT,CUST STATED SHE NEEDED TO SPK TO SOMEONE
                BEFORE SHE SUED US FOR HARRASMENT,ATTEMPTED ...
COL 032713 (S2  SEC PHONE: 2519438989 CALL QUALIFICATION TIME: 2013
                -03-27T14:10:44 NOTE: V/SHERYL,CUSTOMER CALLING IN
                REQ TO SPK TO GERARDO TRUBA,ADV AM ASSIGNED ...
SER 032513 DJ5  LOAN TRANSFER DOCS-TRAN HIST 6 MTH PRIOR TRIAL RCV GPTRAN
SER 032513 DJ5  LOAN TRANSFER DOCS-NPV RESULTS RECEIVED            GPNPVR
SER 032513 DJ5  LOAN TRANSFER DOCS-ORIGINAL NOTE RECEIVED          GPNOTE
SER 032513 DJ5  LOAN TRANSFER DOCS-INCOME DOCS USED TO EVAL LN RCV GPINCM
SER 032513 DJ5  LOAN TRANSFER DOCS-CERT & NON CERT SOL LTRS RCVD   GPSOLI
SER 032513 DJ5  LOAN TRANSFER DOCS-RESOLICITED BY BAYVIEW          GPRSOL
COL 032513 CD3  LETTER SENT    LC023 BreachCert-MR
COL 032513 CD3  LETTER SENT    LC020 Breach-MR
COL 031913 ***  ORIGINAL OWNER          CONDITION ON 031813    M&M
SER 031013 (S2  FEDEX LIQ PCKG SENT TRK 799242659542%@%JUANDELAFUE
```

BV-ARNOLD000218
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468         CONSOLIDATED NOTES LOG         01/08/15 16:47:10
RL ARNOLD         L:R F:C B:   R:C       DUE 01/01/12   TYPE CONV. RES.   ARM
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: MMDDYY
                                                          PAGE NO: 26


SER 031013 (S2 NTE%@%3%@%5%@%
FOR 030713 DS7 THOMAS KAUFMAN - INTERCOM MESSAGE: / READ:
               3/7/2013 5:11:51 PM / FROM: CAMBO, LOLY / TO:
               KAUFMAN, THOMAS;  / CC:  / INTERCOM TYPE: GENERAL
               UPDATE / SUBJECT: ISSUE REQUEST /
FOR 030713 DS7 THOMAS KAUFMAN - INTERCOM MESSAGE: / READ:
               3/7/2013 5:11:47 PM / FROM: CAMBO, LOLY / TO:
               KAUFMAN, THOMAS;  / CC:  / INTERCOM TYPE: GENERAL
               UPDATE / SUBJECT: ISSUE REQUEST /
SER 030713 (S2 ATTEMPTED CNTCT - UNSUCCESS CALLED ATTORNEY BARRY
               THOMPSON, 251.343.0800 AND LVM TO DISCUSS PRIOR CO
               NVERSATION FOR A DIL.%@%JUANDELAFUENTE%@%3%@%5%@%
SER 030713 (S2 ATTEMPTED CNTCT - UNSUCCESS OUTBOUND CALL;25196851
               26; CALLED ATTORNEY BARRY THOMPSON, 251.343.0800 A
               ND LVM TO DISCUSS PRIOR CONVERSATION FOR A DIL.%@%
               JUANDELAFUENTE%@%3%@%5%@%
FOR 030713 DS7 LOLY CAMBO - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS ENDED THE ISSUE ASSOCIATED WITH
               THIS LOAN. ISSUE TYPE: SUB-PROCESS NOT NEEDED.
               COMMENTS: WILL CLOSE.
FOR 030713 DS7 LOLY CAMBO - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS APPROVED THE ISSUE. ISSUE TYPE:
               SUB-PROCESS NOT NEEDED. STATUS: ACTIVE, APPROVED.
FOR 030713 DS7 LOLY CAMBO - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS ENDED THE ISSUE ASSOCIATED WITH
               THIS LOAN. ISSUE TYPE: SUB-PROCESS NOT NEEDED.
               COMMENTS: WILL CLOSE.
FOR 030713 DS7 LOLY CAMBO - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS APPROVED THE ISSUE. ISSUE TYPE:
               SUB-PROCESS NOT NEEDED. STATUS: ACTIVE, APPROVED.
SER 030713 (S2 NONCERTIFIED AM213 HAMP LETTER A NONCERTIFIED AM21
               3 HAMP SOLICITATION LETTER PACKAGE WAS MAIL ON 03/
               07/2013. LETTER PORTAL JOB ID: 597899. LETTER PORT
               AL ID: 394882%@%LETTER PORTAL%@%0%@%0@%
SER 030713 (S2 CERTIFIED AM213 HAMP LETTER A CERTIFIED AM213 HAMP
                SOLICITATION LETTER PACKAGE WAS MAIL ON 03/07/201
               3. LETTER PORTAL JOB ID: 597898. LETTER PORTAL ID:
                394882%@%LETTER PORTAL%@%0%@%0@%
SER 030613 (S2 ATTEMPTED CNTCT - UNSUCCESS OUTBOUND CALL;25196851
               26; NUMBER NOT WORKING%@%JUANDELAFUENTE%@%3%@%5%@%
FOR 030613 DS7 THOMAS KAUFMAN - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS CREATED A PROCESS-LEVEL ISSUE FOR
               THIS LOAN.ISSUE TYPE: SUB-PROCESS NOT NEEDED.
               ISSUE COMMENTS: PLEASE BE ADVISED THAT ALABAMA IS
               A NON JUDICIAL STATE AND THERE ARE NO AFFIDAVITS.
               PLEASE CLOSE THIS PROCESS   STATUS: ACTIVE
FOR 030413 DS7 THOMAS KAUFMAN - SYSTEM UPDATED FOR THE FOLLOWING
               EVENT: USER HAS CREATED A PROCESS-LEVEL ISSUE FOR
               THIS LOAN.ISSUE TYPE: SUB-PROCESS NOT NEEDED.
```

BV-ARNOLD000219
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468           CONSOLIDATED NOTES LOG          01/08/15 16:47:10
RL ARNOLD           L:R F:C B:  R:C       DUE 01/01/12   TYPE CONV. RES.   ARM
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
    PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                            PAGE NO: 27


FOR 030413 DS7 ISSUE COMMENTS: PLEASE BE ADVISED THAT ALABAMA IS
               A NON JUDICIAL STATE AND THERE ARE NO AFFIDAVITS.
               PLEASE CLOSE THIS PROCESS STATUS: ACTIVE
SER 022613 (S2 HAMP HARDSHIP AFFIDAVIT - ENGL<BR/>LETTER: HAMP HA
               RDSHIP AFFIDAVIT - ENGLISH ONLY<BR/>PRINTED: 02/26
               /2013<BR/>BY: JUANDELAFUENTE%@%JUANDELAFUENTE%@%0%
               @%5@%
SER 022613 (S2 HAMP OPT OUT<BR/>LETTER: HAMP OPT OUT<BR/>PRINTED:
               02/26/2013<BR/>BY: JUANDELAFUENTE%@%JUANDELAFUENT
               E%@%0%@%5%@%
SER 022613 (S2 DEBT VALIDATION LETTER SENT<BR/><BR/>DEBT VALIDATI
               ON LETTER SENT 02/18/2012<BR/>%@%SYSTEM%@%0%@%5%@%
SER 022613 ER4 BPO ORDERED                                    VALBPO
               BPO EXPENSE IS 75
COL 022613 *** ORIGINAL OWNER         CONDITION ON 022213   M&M
SER 022513 (S2 ATTORNEY I/B CALL<BR/>BARRY THOMPSON, BTHOMPSON@SI
               LVERVOIT.COM, SAYS THAT BANKRUPTCY WAS DISCHARGED
               IN 9/2012 AND HIS CLIENT HAS LEFT THE HOME AND ARE
               WAITING TO BE FORECLOSED ON. I ADVISED HIM OF THE
               'CASH FOR KEYS' PROGRAM AND HE ASKED ME TO EMAIL
               HIM THE INFORMATION AND HE WILL PASS IT ALONG TO H
               IS CLIENT.%@%JUANDELAFUENTE%@%0%@%5%@%
SER 022513 (S2 ATTEMPT W/ ATTORNEY<BR/>LEFT VOICE MESSAGE TO RETU
               RN MY CALL.%@%JUANDELAFUENTE%@%3%@%5%@%
SER 022513 (S2 CONTACT MADE WITH CUSTOMER<BR/>CUSTOMER ADVISED ME
               THAT SHE IS STILL IN BANKRUPTCY AND I SHOULD FORW
               ARD MY COMMUNICATION TO HER ATTORNEY, BARRY THOMPS
               ON, 251.343.0800.%@%JUANDELAFUENTE%@%3%@%5%@%
SER 022513 (S2 UPDATED BORROWER INFORMATION<BR/>ADDED NEW ADDITIO
               NAL NUMBER '2519438989'<BR/>%@%JUANDELAFUENTE%@%0%
               @%5%@%
SER 022513 (S2 VOICEMESSAGE RETRIEVED<BR/>CHERYL JAMES ARNOLD CAN
               BE REACHED AT 251.943.8989. EOM.%@%JUANDELAFUENTE
               %@%7%@%5%@%
SER 022013 (S2 ATTEMPTED CNTCT - UNSUCCESS<BR/>OUTBOUND CALL;2519
               685126;<BR/><BR/>PHONE NUMBER NOT WORKING%@%JUANDE
               LAFUENTE%@%3%@%5%@%
FOR 022013 DS7 ELIZABETH PALACINO - USER HAS COMPLETED THE
               ACTION VESTING INFORMATION DATA FORM WITH THE
               FOLLOWING ENTRIES: AITNO/VESTING INFORMATION:: :
               ACTION INFO IN LOAN INFO SCREEN IS CURRENT SPECIAL
               INSTRUCTIONS: :  ACTION IN THE NAME OF PROVIDED BY
               INVESTOR: :  VEST TITLE IN THE NAME OF PROVIDED BY
               THE INVESTOR: :
FOR 022013 DS7 BRITNEY HAWSEY - USER HAS COMPLETED THE
               F91 JFIGDUEDATE DATA FORM WITH THE FOLLOWING
               ENTRIES: JUDGMENT FIGURES NEEDED GOOD THROUGH?: :
               03/06/2013
FOR 022013 DS7 BRITNEY HAWSEY - USER HAS COMPLETED THE
```

BV-ARNOLD000220
EXHIBIT 1 TO EXHIBIT F

```
NOTS  0000630468        CONSOLIDATED NOTES LOG          01/08/15 16:47:10
RL ARNOLD          L:R F:C B:  R:C      DUE 01/01/12  TYPE CONV. RES.   ARM
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
    PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: MMDDYY
                                                           PAGE NO: 28


FOR 022013 DS7 SPEC NOTECOPY REQ DATA FORM WITH THE FOLLOWING
               ENTRIES: COMMENTS: :  DOLLAR AMOUNT OF NOTE
               NEEDED?: : 245000.00 SPECIAL REQUIREMENTS: :
               ENDORSED NOTE IS NEEDED INTO BAYVIEW LOAN
               SERVICING, LLC, A DELAWARE LIMITED LIABILITY
               COMPANY OR INTO BLANK APPROACHING DEADLINES: :
               SHOULD NOTE BE ENDORSED?: : TRUE
FOR 022013 DS7 BRITNEY HAWSEY - USER HAS COMPLETED THE
               DEMAND NEEDED DATA FORM WITH THE FOLLOWING
               ENTRIES: WHAT DEMAND LETTER IS NEEDED?: : MOST
               RECENT LAST PAYMENT DATE: : 01/01/2012 BORROWER(S)
               BEING DEMANDED: : ROBERT AND SHERYL ARNOLD
               ADDRESSE(S) THAT LETTER SHOULD HAVE BEEN SENT TO:
               : 3714 PINEVIEW PLACE GULF SHORES, AL  36542
               LETTER EXPIRATION DAYS: : OTHER
FOR 021913 DS7 TIA THOMAS - USER HAS COMPLETED THE
               ACTION OR VESTING NEEDED DATA FORM WITH THE
               FOLLOWING ENTRIES: ACTION OR VESTING NEEDED: :
               "ACTION IN THE NAME OF" IF OTHER, PLEASE SPECIFY:
               :  FORECLOSURE OR BANKRUPTCY RELATED INFORMATION
               NEED:: : FC
COL 021913 *** NL007 WelcomeTOSN-B            LETTER SENT
SER 021813 CA3     ASSIGNED TO: BANKRUPTCY JUDGE MARGARET A. MAHO
               NEY CHAPTER 7
               VOLUNTARY
               ASSET CLAIMS REGISTER
SER 021813 CA3 BK INFO:DATE FILED: 06/22/2012
               DEBTOR DISCHARGED: 09/21/2012
               JOINT DEBTOR DISCHARGED: 09/21/2012
               341 MEETING: 08/06/2012
               DEADLINE FOR FILING CLAIMS: 11/05/2012
               DEADLINE FOR FILING CLAIMS (GOVT.): 02/03/
          2013 DEADLINE FOR OBJECTING TO DISCHARGE: 09/14
          /2012 DEADLINE FOR FINANCIAL MGMT. COURSE: 09/14
          /2012
```

BV-ARNOLD000221
EXHIBIT 1 TO EXHIBIT F